672 A.2d 1166

JACINTO SOSA v. NEW JERSEY AUTOMOBILE
FULL INSURANCE UNDERWRITING
ASSOCIATION, ET AL.

March 20, 1996.

ORDER

Leave to appeal is granted.

672 A.2d 1166

JOHN R. ALTOONIAN, ET AL. v. ATLANTIC
CITY ELECTRIC COMPANY.

March 29, 1996.

ORDER

Leave to appeal is granted and the order of the Law Division granting defendant's motion *in limine* regarding the discovery deposition of Peter W. Wright, M.D., is summarily reversed.